**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.4:05CR419SNL/AGF |
| | ) |
| **ANTHONY SARKIS,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Having received no objections by the defendant,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Audrey G. Fleissig's Report and Recommendation (#53), filed October 14, 2005 is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Sarkis' motion to suppress evidence (#41) be and is **DENIED**.

**IT IS FINALLY ORDERED** that defendant Sarkis' motion to suppress statements (#42) be and is **DENIED.**

Dated this __26th__ day of October, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE